```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    TAMARA ALLEN
 7
```



FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-0004 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENDANT'S WAIVER OF APPEARANCE |
| TAMARA ALLEN, et al., | ) Judge: Hon. Edward J. Garcia |
| Defendants. | ) |

Pursuant to Fed.R.Crim.P. 43, defendant, TAMARA ALLEN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by

1  the presence of her attorney, the same as if the defendant were
2  personally present.  Defendant further agrees to be present in Court
3  ready for trial any day and hour the Court may fix in her absence.
4      The defendant further acknowledges that she has been informed of
5  her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
6  and authorizes her attorney to set times and delays under that Act
7  without her personal presence.
8  Dated: February 1, 2008

10                                    /s/ Tamara Allen
                                      TAMARA ALLEN
11                                    (Original retained by attorney)

13      I concur in Ms. Allen's decision to waive her presence at future
14  proceedings.

16  Dated:  February 1, 2008          Respectfully submitted,

17                                    DANIEL J. BRODERICK
                                      Federal Defender
18

20                                    /s/ Mary M. French
                                      MARY M. FRENCH
21                                    Supervising Assistant
                                      Federal Defender
22                                    Attorney for Defendant
                                      TAMARA ALLEN

23
    IT IS SO ORDERED.
24
    Dated: March 14, 2008
25
                                      [signature]
26                                    EDWARD J. GARCIA
                                      United States District Judge

Waiver of Appearance/Allen              2