```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TAMARA ALLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0004 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | Date: May 2, 2008 |
| TAMARA ALLEN, et al., ) | Time: 10:00 a.m. |
| Defendants. ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

 It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney, attorney for plaintiff, Timothy E. Warriner, attorney for defendant CHRISTOPHER LILLER, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the Status Conference hearing date of April 4, 2008, is vacated and a new Status Conference hearing date of May 2, 2008, at 10:00 a.m. is hereby set.

 This continuance is requested because of on-going defense investigation, preparation, review of discovery and research into various issues and because Attorney Warriner has been involved in a state court trial until just recently.

1  It is further stipulated that the period from April 4, 2008,
2 through and including May 2, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:  April 2, 2008                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender


                                            /s/ Mary M. French
                                           _____
                                           MARY M. FRENCH
                                           Supervising Assistant
                                           Federal Defender
                                           Attorney for Defendant
                                           TAMARA ALLEN

Dated:  April 2, 2008          /s/  Mary M. French for
                                    Timothy E. Warriner
                                           _____
                                           TIMOTHY E. WARRINER
                                           Attorney for Defendant
                                           CHRISTOPHER LILLER
                                           per telephonic authorization


Dated:  April 2, 2008                    MCGREGOR W. SCOTT
                                         United States Attorney

                                         /s/  Mary M. French for
                                              Mary L. Grad
                                           _____
                                         MARY L. GRAD
                                         Assistant U.S. Attorney
                                         per telephonic authorization



IT IS SO ORDERED.

Dated: April 3, 2008

                                          /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         United States District Judge


Stip and Order/Allen              2