DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAMARA ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0004 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| TAMARA ALLEN, et al., ) | Date: June 20, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendants. ) | |

   It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney, attorney for plaintiff, Timothy E. Warriner, attorney for defendant CHRISTOPHER LILLER, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the Status Conference hearing date of May 2, 2008, is vacated and a new Status Conference hearing date of June 20, 2008, at 10:00 a.m. is hereby set.

   This continuance is requested because there is currently ongoing litigation on a motion to suppress evidence in a related federal case in Reno, Nevada, that could affect this case.  Defendants need additional time in order to make a site visit to South Lake Tahoe and

1  to conduct additional research and investigation into the possibility
2  of filing motions to suppress evidence.  In addition, Mr. Warriner only
3  recently completed a state trial which prevented him from spending time
4  on this case.
5       It is further stipulated that the period from May 2, 2008, through
6  and including June 20, 2008, should be excluded pursuant to
7  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
8  counsel and defense preparation.

9  Dated:  April 29, 2008                Respectfully submitted,
10                                       DANIEL J. BRODERICK
                                         Federal Defender
11
12
                                           /s/ Mary M. French
13                                       MARY M. FRENCH
                                         Supervising Assistant
14                                       Federal Defender
                                         Attorney for Defendant
15                                       TAMARA ALLEN
16
17 Dated:  April 29, 2008        /s/  Mary M. French for
                                     Timothy E. Warriner
18                                       _____
                                         TIMOTHY E. WARRINER
                                         Attorney for Defendant
19                                       CHRISTOPHER LILLER
                                         per telephonic authorization
20
21
22 Dated:  April 29, 2008                MCGREGOR W. SCOTT
                                         United States Attorney
23
                                         /s/  Mary M. French for
24                                            Mary L. Grad
                                         _____
25                                       MARY L. GRAD
                                         Assistant U.S. Attorney
26                                       per telephonic authorization
27
28 //
   //

Stip and Order/Allen                2

1
2  IT IS SO ORDERED.
3  Dated:    April 30, 2008
4                                          /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
5                                           United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order/Allen                   3