```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TAMARA ALLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>             Plaintiff,  <br>     v.  <br>TAMARA ALLEN, et al.,  <br>             Defendants. | No. CR-S-08-0004 EJG  <br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  <br>Date: June 20, 2008  <br>Time: 10:00 a.m.  <br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney, attorney for plaintiff, Timothy E. Warriner, attorney for defendant CHRISTOPHER LILLER, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the Status Conference hearing date of June 20, 2008, is vacated and a new Status Conference hearing date of July 25, 2008, at 10:00 a.m. is hereby set.

Defense counsel has received plea offers from the government but seeks additional time to review the proposed plea agreements with the defendants.

It is further stipulated that the period from June 20, 2008, through and including July 25, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   June 17, 2008                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Mary M. French
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          TAMARA ALLEN

Dated:   June 17, 2008                    /s/ Mary M. French for
                                          TIMOTHY E. WARRINER
                                          Attorney for Defendant
                                          CHRISTOPHER LILLER
                                          per telephonic authorization


Dated:   June 17, 2008                    MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Mary M. French for
                                          MARY L. GRAD
                                          Assistant U.S. Attorney
                                          per telephonic authorization




IT IS SO ORDERED.

Dated: June 17, 2008

                                          /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge


Stip and Order/Allen                2