1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   TAMARA ALLEN

**FILED**

JUL 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0004 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| TAMARA ALLEN, et al., ) | Date: July 25, 2008 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Judge: Hon. Edward J. Garcia |
| ) | |

It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney, attorney for plaintiff; Timothy E. Warriner, attorney for defendant CHRISTOPHER LILLER; and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the Status Conference hearing date of July 25, 2008 is vacated and a new Status Conference hearing date of August 22, 2008 at 10:00 a.m. is hereby set.

Defense counsel has received plea offers from the government but seeks additional time to review the proposed plea agreements with the defendants and finalize the agreements. Additionally, counsel for Mr. Liller will be in trial.

It is further stipulated that the period from July 25, 2008, through and including August 22, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 15, 2008                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Mary M. French
                                      MARY M. FRENCH
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      TAMARA ALLEN

Dated: July 15, 2008                /s/ Mary M. French for
                                      TIMOTHY E. WARRINER
                                      Attorney for Defendant
                                      CHRISTOPHER LILLER
                                      per telephonic authorization

Dated: June 17, 2008                MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Mary M. French for
                                      MARY L. GRAD
                                      Assistant U.S. Attorney
                                      per telephonic authorization

**ORDER**

IT IS SO ORDERED.

Dated: July 17, 2008

                                      EDWARD J. GARCIA
                                      United States District Judge