1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    TAMARA ALLEN
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,          )   No. CR-S-08-0004 EJG
                                        )
13              Plaintiff,              )   STIPULATION AND ORDER CONTINUING
                                        )   STATUS CONFERENCE
14        v.                            )
                                        )
15   TAMARA ALLEN, et al.,              )   Date:  September 26, 2008
                                        )   Time:  10:00 a.m.
16              Defendants.             )   Judge: Hon. Edward J. Garcia
     _____)

17

18        It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney,

19   attorney for plaintiff; Timothy E.  Warriner, attorney for defendant CHRISTOPHER LILLER; and Mary

20   M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the

21   Status Conference hearing date of August 22,  2008, be vacated and a new Status Conference hearing date

22   of September 26, 2008, at 10:00 a.m. be set.

23        The parties have reached tentative plea agreements, but there is another lawyer who needs to

24   review one of the agreements and that lawyer is on vacation until after the current court date of August 22,

25   2008.  In addition, the defense attorneys have received additional discovery materials and they need time

26   to meet with their clients to review and discuss those materials.

27        It is further stipulated that the period from August 22, 2008, through and including September 26,

28

1   2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

2   continuity of counsel and defense preparation.

3   Dated: August 20, 2008                        Respectfully submitted,

4                                                 DANIEL J. BRODERICK
                                                  Federal Defender
5
                                                  /s/ Mary M. French
6
                                                  _____
7                                                 MARY M. FRENCH
                                                  Supervising Assistant
                                                  Federal Defender
8                                                 Attorney for Defendant
                                                  TAMARA ALLEN
9

10                                                /s/ Mary M. French for
                                                      Timothy E. Warriner
11  Dated: August 21, 2008
                                                  _____
12                                                TIMOTHY E. WARRINER
                                                  Attorney for Defendant
                                                  CHRISTOPHER LILLER
13

14  Dated: August 21, 2008                        MCGREGOR W. SCOTT
                                                  United States Attorney
15
                                                  /s/ Mary M. French for
16                                                    Mary L. Grad

17                                                _____
                                                  MARY L. GRAD
                                                  Assistant U.S. Attorney
18

19                                    **O R D E R**

20  IT IS SO ORDERED.

21  Dated: August 21, 2008                        /s/ EDWARD J. GARCIA
                                                  United States District Judge
22

23

24

25

26

27

28

Stip and Order/Allen                              2