```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAMARA ALLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-0004 EJG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER MODIFYING |
| | ) CONDITIONS OF RELEASE |
| TAMARA ALLEN, et al., | ) |
| Defendants. | ) |
| _____ | ) |

The government, through its counsel Mary L. Grad, and the defendant through her counsel Mary M. French, hereby stipulate that condition #4 of the terms of Ms. Allen's pretrial release be modified to state the following:

> Your travel is restricted to the Eastern District of California and the District of Nevada without the prior consent of the pretrial services officer.

The purpose of the modification is because of Ms. Allen's proximity to the state line of Nevada. All other conditions of release

///

///

1  previously imposed shall remain in full force and effect.

2  Dated: September 2, 2008            Respectfully submitted,

3                                      DANIEL J. BRODERICK
                                       Federal Defender
4
                                       /s/ Mary M. French
5                                      _____
                                       MARY M. FRENCH
6                                      Supervising Assistant
                                       Federal Defender
7                                      Attorney for Defendant
                                       TAMARA ALLEN
8

9  Dated: September 2, 2008            MCGREGOR W. SCOTT
                                       United States Attorney
10
                                       /s/ Mary M. French for
11                                         Mary L. Grad
                                       _____
12                                     MARY L. GRAD
                                       Assistant U.S. Attorney
13                                     per telephonic authority

14
                                **O R D E R**
15
        IT IS HEREBY ORDERED that condition #4 of defendant Tamara Allen's
16
    pretrial release be modified to state the following: your travel is
17
    restricted to the Eastern District of California and the District of
18
    Nevada without the prior consent of the pretrial services officer.
19
    Dated:09/05/08
20
                                       /s/ Gregory G. Hollows
21                                     _____
                                       GREGORY G. HOLLOWS
22                                     United States Magistrate Judge

23  allen.rel

24

25

26

27

28

    Stip & Order/Allen/CR-S-08-0004 EJG     2