DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAMARA ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0004 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING FOR CHANGE OF PLEA |
| v. | |
| TAMARA ALLEN, et al., | Date: October 10, 2008 |
| | Time:  10:00 a.m. |
| Defendants. | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney, attorney for plaintiff; Timothy E. Warriner, attorney for defendant CHRISTOPHER LILLER; and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the Status Conference hearing date of September 26, 2008, be vacated and a Change of Plea hearing date of October 10, 2008, at 10:00 a.m. be set.

The parties have reached plea agreements and based on the schedules of the Court and the parties, a date of October 10, 2008, has been selected as the date for the defendants to enter their pleas.  In addition, there is another attorney who is reviewing the agreement on
///

behalf of Ms. Allen and additional time is needed to finalize the agreements prior to the entry of pleas.

It is further stipulated that the period from September 26, 2008, through and including October 10, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 22, 2008	Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*

MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
TAMARA ALLEN

Dated: September 22, 2008	*/s/ Mary M. French for Timothy E. Warriner*

TIMOTHY E. WARRINER
Attorney for Defendant
CHRISTOPHER LILLER

Dated: September 22, 2008	MCGREGOR W. SCOTT
United States Attorney

*/s/ Mary M. French for Mary L. Grad*

MARY L. GRAD
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: September 22, 2008


/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip and Order/Allen	2