DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAMARA ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-0004 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE RE SENTENCING |
| v. | ) | |
| | ) | |
| TAMARA ALLEN, et al., | ) | Date:  February 27, 2009 |
| | ) | Time:  10:00 a.m. |
| Defendants. | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney, attorney for plaintiff; Timothy E. Warriner, attorney for defendant CHRISTOPHER LILLER; and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the Status Conference hearing date re sentencing of January 30, 2009, be vacated and a Status Conference hearing date re sentencing of February 27, 2009, at 10:00 a.m. be set.

This continuance is requested because defense is awaiting additional discovery and the parties are attempting to determine whether the defendants will withdraw their guilty pleas and how to proceed on the matter.

///

It is further stipulated that the period from January 30, 2009, through and including February 27, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 27, 2009            Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
TAMARA ALLEN

Dated: January 27, 2009            */s/ Mary M. French for*
                                          *Timothy E. Warriner*
_____
TIMOTHY E. WARRINER
Attorney for Defendant
CHRISTOPHER LILLER

Dated: January 27, 2009            LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for*
                                          *Mary L. Grad*
_____
MARY L. GRAD
Assistant U.S. Attorney

## O R D E R

IT IS SO ORDERED.

Dated: January 27, 2009

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge