**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       April 15, 2009

TO:         Colleen Lydon, Courtroom Deputy to
            Honorable Edward J. Garcia

FROM:       Mary M. French, Supervising Assistant Federal Defender

SUBJECT:    United States v. Tamara Allen, et. al.
            CR-S-08-0004 EJG

---

This Memorandum will confirm that the parties have agreed to continue the Status Conference re Judgment and Sentencing presently scheduled for April 17, 2009, to **Friday, June 5, 2009, at 10:00 a.m.** This continuance is requested because counsel for Mr. Liller is in a lengthy jury trial and all counsel need time to meet and discuss the case to attempt to reach an understanding on how to proceed.

All parties **including the courtroom clerk** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: April 16, 2009

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge


/vo

cc:    Jeffrey C. Oestreicher, United States Probation Officer