```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    TAMARA ALLEN
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-08-0004 EJG
                                 )
12            Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE RE SENTENCING
13       v.                      )
                                 )
14  TAMARA ALLEN, et al.,        )  Date:  July 10, 2009
                                 )  Time:  10:00 a.m.
15            Defendants.        )  Judge: Hon. Edward J. Garcia
    _____)
16
```

17       It is hereby stipulated between the parties, Mary L. Grad,

18  Assistant United States Attorney, attorney for plaintiff; Timothy E.

19  Warriner, attorney for defendant CHRISTOPHER LILLER; and Mary M.

20  French, Supervising Assistant Federal Defender, attorney for defendant

21  TAMARA ALLEN, that the Status Conference hearing date re sentencing of

22  June 3, 2009, be vacated and a Status Conference hearing date re

23  sentencing of July 10, 2009, at 10:00 a.m. be set.

24       This continuance is requested because Attorney Warriner will not

25  be available because he will be in trial the entire week of June 1,

26  2009.

27  ///

28  ///

1    It is further stipulated that the period from June 3, 2009,
2 through and including July 10, 2009, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: May 29, 2009                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         */s/ Mary M. French*
                                         _____
                                         MARY M. FRENCH
                                         Supervising Assistant
                                         Federal Defender
                                         Attorney for Defendant
                                         TAMARA ALLEN

12 Dated: May 29, 2009                   */s/ Mary M. French for*
                                         *    Timothy E. Warriner*
                                         _____
                                         TIMOTHY E. WARRINER
                                         Attorney for Defendant
                                         CHRISTOPHER LILLER

16 Dated: May 29, 2009                   LAWRENCE G. BROWN
                                         Acting United States Attorney

                                         */s/ Mary M. French for*
                                         *    Mary L. Grad*
                                         _____
                                         MARY L. GRAD
                                         Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: June 1, 2009


                                         /s/ Edward J. Garcia
                                         _____
                                         EDWARD J. GARCIA
                                         United States District Judge