DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAMARA ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>          Plaintiff,  )<br>             )<br>     v.  )<br>             )<br>TAMARA ALLEN, et al.,  )<br>             )<br>          Defendants.  )<br>_____ ) | No. CR-S-08-0004 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE RE SENTENCING<br><br><br>Date:  August 21, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Mary L. Grad, Assistant United States Attorney, attorney for plaintiff; Timothy E. Warriner, attorney for defendant CHRISTOPHER LILLER; and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant TAMARA ALLEN, that the Status Conference hearing date re sentencing of July 10, 2009, be vacated and a Status Conference hearing date re sentencing of August 21, 2009, at 10:00 a.m. be set.

This continuance is requested because counsel for Ms. Allen is leaving the Federal Defender's Office effective July 10, 2009. Chief Assistant Defender Linda C. Harter will be taking over the case and Ms. Harter needs time to review the case file and discuss the case with counsel for the government and counsel for the co-defendant.

It is further stipulated that the period from July 10, 2009, through and including August 21, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 7, 2009                     Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        TAMARA ALLEN

Dated: July 7, 2009                     /s/ Mary M. French for
                                            Timothy E. Warriner
                                        _____
                                        TIMOTHY E. WARRINER
                                        Attorney for Defendant
                                        CHRISTOPHER LILLER

Dated: July 7, 2009                     LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ Mary M. French for
                                            Mary L. Grad
                                        _____
                                        MARY L. GRAD
                                        Assistant U.S. Attorney

                           **O R D E R**

IT IS SO ORDERED.

Dated: July 7, 2009


                                        /s/ Edward J. Garcia
                                        _____
                                        EDWARD J. GARCIA
                                        United States District Judge