DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAMARA ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-004 EJG |
| Plaintiff, | |
| v. | DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE PURSUANT TO 18 U.S.C. 3145(a)(2); ORDER |
| TAMARA ALLEN, | |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

**THE BACKGROUND**

Ms. Allen was sentenced to 5 months BOP custody by United States District Court Judge Garcia on October 2, 2009. She is not scheduled to self-surrender until April of 2010.[1] Ms. Allen has been on pretrial release since January of 2008. Her pretrial services agent is Beth Baker.

On October 2, 2009, following her sentencing hearing, Ms. Allen met with her pretrial services agent and expressed her dismay at being sentenced to custody time. She also talked about her difficulty

---

[1] Judge Garcia sentenced her significant other to 5 months BOP custody on the same day. He allowed the custody terms to be staggered at the defendants' request so that they can, hopefully, maintain mortgage payments on their primary residence in South Lake Tahoe.

dealing with depression and anxiety as a result of this case and the major change in her career and her financial situation.[2] Ms. Allen and her pretrial services agent agree that Ms. Allen would benefit from counseling and mental health treatment for the remaining period of release prior to her self-surrender.

**THE REQUEST**

For all of these reasons, the defendant requests that her conditions of release be modified and that the following condition be added:

"You shall participate in a program of medical or psychiatric treatment as approved by the pretrial services officer."

Dated:  October 7, 2009                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender


                                           /s/ Linda C. Harter
                                           LINDA C. HARTER
                                           Chief Assistant Federal Defender
                                           Attorney for Defendant
                                           TAMARA ALLEN

**ORDER**

**IT IS SO ORDERED**.  For all of the reasons outlined above, Ms. Allen's conditions of release shall be modified adding the following condition:

"You shall participate in a program of medical or psychiatric treatment as approved by the pretrial services officer."

All other conditions remain in full force and effect.

Dated: October 15, 2009.

_____
U.S. MAGISTRATE JUDGE

---

[2] Ms. Allen was a teacher prior to her conviction.  She had to resign her position as a result of this case.

Request to Modify Conditions of Release  -2-